UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                  Case Number 09-23203 GMB

Debtor: Clinton O'Neal Cary

| Check Number | Creditor | Amount |
|---|---|---|
| 1687631 | U.S. Bank | 1,783.59 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 13, 2010